IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAMION NEAL-EL, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00420 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| HAROLD CLARKE, *et al.*, | ) | United States District Judge |
|     Defendants. | ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Neal-el's complaint is DISMISSED without prejudice; all pending motions are DISMISSED as moot; and the Clerk shall TERMINATE this action from the active docket of the court. The court notes that its dismissal of Neal-el's complaint is without prejudice to his opportunity to refile his claims in a separate civil action subject to the applicable limitations period.

The Clerk is directed to provide a copy of this order and the memorandum opinion to all counsel of record and to Mr. Neal-el.

Entered: October 12, 2017.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge